UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| The Prudential Insurance Company of America | * | |
| Plaintiff, | * | |
| v. | * | Civil No. RDB-17-1034 |
| Dennie Weaver, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM ORDER**

The Plaintiff Prudential Insurance Company of America previously interpleaded funds at issue with the registry of this Court. Distributions have been made with respect to all potential beneficiaries, except Dennie Weaver, who is in state custody, in a state hospital, in Colorado. He is awaiting a trial on murder charges against him after a pending competency hearing. This Court issued an Order granting Prudential Insurance Company's Motion for Dismissal. There is presently $4,000.00 remaining in an interest bearing account of this Court, awaiting disposition of the Colorado charges against Mr. Weaver.

Accordingly, IT IS HEREBY ORDERED this 5th day of March, 2018, that this case be **ADMINISTRATIVELY CLOSED**, subject to re-opening with respect to the remaining funds upon resolution of criminal proceedings in Colorado. The remaining Defendant beneficiaries shall notify this Court upon resolution of the Colorado criminal case.

/s/
Richard D. Bennett
United States District Judge